LMV

```
                     United States District Court
                      Southern District of Texas
                              ENTERED
                           OCT 15 1998
                      Michael N. Milby, Clerk of Court
                      By Deputy Clerk
```

15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEDERICO VASQUEZ, ET AL          *

    VS                           *   C.A. NO. B98 021

CAMERON COUNTY, TEXAS, ET AL     *

## ORDER RESETTING CONFERENCE

The **initial pretrial conference** in above-captioned and numbered cause of action is hereby reset from November 4, 1998 to **Thursday, November 12, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this **15th** day of **October, 1998.**

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520