*17*

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **FEDERICO VASQUEZ,** for himself and those similarly situated<br><br>Plaintiff<br><br>v.<br><br>**CAMERON COUNTY, TEXAS,** and **AMALIA CANO-ACEVEDO** in her official capacity as Election Administrator for Cameron County, Texas<br><br>Defendants and Third Party Defendants,<br><br>v.<br><br>**AL GONZALES** in his capacity as Texas Secretary of State,<br><br>Third-Party Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. B98-21 <s>B-98-003</s> |

## ORDER

On this day came on for consideration Plaintiffs' STATUS REPORT AND UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE OF NOVEMBER 12, 1998 in the above-styled and numbered cause and after careful consideration and review of all pleadings filed in the case and argument of counsel, the Court is of the opinion that sufficient cause exists for the requested continuance, and finds that Plaintiffs' MOTION should be granted in all respects.

IT IS THEREFORE ORDERED that the status conference scheduled in this cause on November 12, 1998, be continued until December 17, 1998, at 1:30 p.m.