IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEDERICO VASQUEZ, | § | |
| for Himself and Those Similarly Situated | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | B-98-021 |
| CAMERON COUNTY, TEXAS and | § | |
| AMELIA CANO ACEVEDO, in her | § | |
| official capacity as Elections Administrator | § | |
| for Cameron County | § | |
|     Defendants | § | |
| | § | |
| v. | § | |
| | § | |
| AL GONZALES, SECRETARY OF STATE, | § | |
|     Third Party Defendant | § | |

United States District Court
Southern District of Texas
FILED

DEC 17 1998

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

DEC 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

CAME ON TO BE CONSIDERED, Defendant's Motion to Substitute Counsel. The Court, after considering the Motion, finds it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Motion to Substitute Counsel of James C. Todd in the above-styled cause is GRANTED in its entirety, thereby allowing James C. Todd to appear on behalf of the Third Party Defendant in this cause.

SIGNED this 17th day of DEC, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com