24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FEDERICO VASQUEZ,** for himself and those similarly situated | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. B-98-21 |
| **CAMERON COUNTY, TEXAS,** and **AMALIA CANO-ACEVEDO** in her official capacity as Elections Administrator for Cameron County, Texas, | § § § § § § | |
| Defendants and Third Party Defendants, | § § § | |
| v. | § § | |
| **AL GONZALES** in his capacity as Texas Secretary of State, | § § § § | |
| Third-Party Defendant. | § § | |

## ORDER OF DISMISSAL

ON THIS DAY the Court heard the Agreed Motion to Dismiss filed by Federico Vasquez, Plaintiff; Cameron County, Texas, and Robert S. Mendoza, in his official capacity as Elections Administrator for Cameron County, Texas, Defendants; and Al Gonzales, in his official capacity as Texas Secretary of State, Third-Party Defendant. This Court, having considered the motion, finds that all matters in dispute between the Plaintiff, the Defendants, and the Third-Party Defendant have

been compromised and settled, and that the Agreed Motion to Dismiss should be granted and this cause of action dismissed.

**IT IS THEREFORE,**

1. **ORDERED** that the Agreed Motion to Dismiss is **GRANTED** and the terms of the Compromise and Settlement Agreement signed by Plaintiff and Defendants on April 27, 1999 are incorporated into this Order of Dismissal;

2. **ORDERED** that all causes of action in Civil Action No. B-98-003 are **DISMISSED** with prejudice.

SIGNED on this 18th day of June, 1999, at Brownsville, Texas.

_____
**PRESIDING JUDGE**